# In the United States Court of Federal Claims
## OFFICE OF SPECIAL MASTERS
### No. 16-0428V
### Filed: September 9, 2016
Unpublished

* * * * * * * * * * * * * * * * * * * * * * * * * *

MARSHA CRAWFORD,      *

     *

     Petitioner,      *      Damages Decision Based on Proffer;

v.      *      Pneumococcal Conjugate Vaccine;

     *      Prevnar 13; Shoulder Injury Related

SECRETARY OF HEALTH      *      to Vaccine Administration ("SIRVA");

AND HUMAN SERVICES,      *      Special Processing Unit ("SPU")

     *

     Respondent.      *

     *

* * * * * * * * * * * * * * * * * * * * * * * * * *

*Maximillian J. Muller, Muller Brazil, LLP, Dresher, PA, for petitioner.*
*Justine E. Walters, U.S. Department of Justice, Washington, DC, for respondent.*

## DECISION AWARDING DAMAGES[1]

**Dorsey**, Chief Special Master:

On April 4, 2016, petitioner filed a petition for compensation under the National Vaccine Injury Compensation Program, 42 U.S.C. §300aa-10, *et seq.*,[2] (the "Vaccine Act" or "Program"). Petitioner alleged that she developed shoulder injuries as a result of a pneumococcal conjugate (Prevnar 13) vaccination she received on April 16, 2015. The case was assigned to the Special Processing Unit ("SPU") of the Office of Special Masters.

On June 30, 2016, the undersigned issued a ruling on entitlement finding petitioner entitled to compensation for a shoulder injury related to vaccine administration ("SIRVA"). On September 9, 2016, respondent filed a proffer on award of compensation ("Proffer") indicating petitioner should be awarded $70,000.00. Proffer at 1. In the Proffer, respondent represented that petitioner agrees with the proffered award. Based

---

[1] Because this unpublished decision contains a reasoned explanation for the action in this case, the undersigned intends to post it on the United States Court of Federal Claims' website, in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2012) (Federal Management and Promotion of Electronic Government Services). In accordance with Vaccine Rule 18(b), petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, the undersigned agrees that the identified material fits within this definition, the undersigned will redact such material from public access.

[2] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755. Hereinafter, for ease of citation, all "§" references to the Vaccine Act will be to the pertinent subparagraph of 42 U.S.C. § 300aa (2012).

on the record as a whole, the undersigned finds that petitioner is entitled to an award as stated in the Proffer.

Pursuant to the terms stated in the attached Proffer, **the undersigned awards petitioner a lump sum payment of $70,000.00 in the form of a check payable to petitioner, Marsha Crawford.**  This amount represents compensation for all damages that would be available under § 300aa-15(a).

The clerk of the court is directed to enter judgment in accordance with this decision.[3]

**IT IS SO ORDERED.**

**<u>s/Nora Beth Dorsey</u>**
Nora Beth Dorsey
Chief Special Master

---

[3] Pursuant to Vaccine Rule 11(a), entry of judgment can be expedited by the parties' joint filing of notice renouncing the right to seek review.

_____

)
MARSHA CRAWFORD,            )
                           )
          Petitioner,        )
                           )
v.                             )         No. 16-428V
                           )         Chief Special Master Dorsey
                           )         ECF
SECRETARY OF HEALTH AND    )         SPU
HUMAN SERVICES,          )
                           )
          Respondent.    )
_____)

### RESPONDENT'S PROFFER ON AWARD OF COMPENSATION

On April 4, 2016, petitioner, Marsha Crawford, filed a petition for compensation under

the National Childhood Vaccine Injury Act, 42 U.S.C. §§ 300aa-1 to -34 ("Vaccine Act"),

alleging that she developed a left shoulder injury as a result of receiving a pneumococcal

conjugate ("Prevnar 13") vaccine on April 16, 2015. On June 30, 2016, respondent filed her

Rule 4(c) Report stating that petitioner's left shoulder injury is consistent with a shoulder injury

related to vaccine administration ("SIRVA") and conceding that her SIRVA is compensable

under the Vaccine Act. Accordingly, the same day, Chief Special Master Dorsey issued a Ruling

on Entitlement finding that petitioner is entitled to compensation for her SIRVA.

### I.       Items of Compensation

Based upon the evidence of record, respondent proffers that petitioner should be awarded

$70,000.00, which represents all elements of compensation to which petitioner is entitled under

42 U.S.C. § 300aa-15(a).[1] Petitioner agrees.

---

[1] Should petitioner die prior to entry of judgment, the parties reserve the right to move the Court
for appropriate relief. In particular, respondent would oppose any award for future medical
expenses, future lost earnings, and future pain and suffering.

## II.     Form of the Award

The parties recommend that the compensation provided to petitioner should be made through a lump sum payment of $70,000.00 in the form of a check payable to petitioner. Petitioner agrees.

Respectfully submitted,

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

C. SALVATORE D'ALESSIO
Acting Director
Torts Branch, Civil Division

CATHARINE E. REEVES
Acting Deputy Director
Torts Branch, Civil Division

ANN D. MARTIN
Senior Trial Attorney
Torts Branch, Civil Division

 s/ Justine Walters_____
JUSTINE WALTERS
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 146, Benjamin Franklin Station
Washington, D.C. 20044-0146
Tel: (202) 307-6393

DATE: September 9, 2016